**IN THE SUPREME COURT OF TENNESSEE**
**AT JACKSON**

FILED

**January 5, 1998**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

MARVIN McCARLEY AND )
ELLYSE McCARLEY, )
)
    Plaintiffs/Appellants, )
)   Appeal No. 02S01-9610-CV-00085
v. )
)   HARDEMAN CIRCUIT No. 8541
WEST QUALITY FOOD SERVICE )
d/b/a KENTUCKY FRIED CHICKEN, )
)
    Defendant/Appellee. )

**O R D E R**

It appearing to the Court that its Opinion filed July 14, 1997, in this cause contained an error; and

It further appearing that this Court has revised its said Opinion and desires that the attached Opinion be substituted for the one filed herein on July 14, 1997; and

It further appearing that the judgment of this Court remains that the judgments of the Western Section Court of Appeals and the Trial Court are reversed.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the attached Opinion be and the same is hereby substituted for that Opinion filed in this cause on July 14, 1997, without change to this Court's judgment entered contemporaneously with the filing of the original Opinion on July 14, 1997, and without the further taxing of costs.